**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: VILLASIN, PHILIP A § | Case No. 08-14687 |
|     VILLASIN, GLADYS § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>ALEX D. MOGLIA</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S. Dearborn Street, Room 873
 Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/27/2009 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/17/2009      By: /s/ALEX D. MOGLIA
                                                                                                                    Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: VILLASIN, PHILIP A | § | Case No. 08-14687 |
| VILLASIN, GLADYS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $       12,023.91 |
| *and approved disbursements of* | $              12.82 |
| *leaving a balance on hand of* [1] | $       12,011.09 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ALEX D. MOGLIA | $      1,952.24 | $ |
| Attorney for trustee | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | $      3,785.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                        Allowed Amt. of Claim    Proposed Payment*

                              N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,688.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                        Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 8,251.64 | $ 2,096.40 |
| 2 | Discover Bank/DFS Services LLC | $ 1,635.40 | $ 415.49 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | $ 14,801.46 | $ 3,760.44 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

                                Prepared By:  /s/ALEX D. MOGLIA
                                                  Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps                  Page 1 of 1                  Date Rcvd: Sep 24, 2009
Case: 08-14687                Form ID: pdf006              Total Noticed: 19

The following entities were noticed by first class mail on Sep 26, 2009.
db/jdb         +Philip A Villasin,    Gladys Villasin,    50 S. Josephine Ct.,    Des Plaines, IL 60016-2800
aty            +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
                 Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty            +Manny A Aguja,    Law Offices of Manny A. Aguja,    3144 West Montrose Avenue,
                 Chicago, IL 60618-1333
aty            +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
                 Suite 330,    Wheaton, IL 60187-4547
tr             +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
12307798       +Bank Of America,    Illinois Nurses Association Platinum Plu,    P.O. Box  15726,
                 Wilmington, DE 19886-5726
12307799       +Capital One,    P.O. Box 85520,    Richmond, VA 23285-5520
12307800       +Citi Mortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
12307801       +Countrywide Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
12967154       +Evanston Insurance Company,    c/o Universal Assurors-Recovery,    c/o U.A.A.,
                 11420 Blondo St. 103,    Omaha, Nebraska 68164-3858
12307803      ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
               (address filed with court: Guarantee Bank,     4000 W. Browndeer Rd.,    Browndeer, WI  53209)
12307804       +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
12307797       +Law Offices of Manny A Aguja,    3144 W Montrose Ave,    Chicago, IL 60618-1333
12938678        PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12962066      ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
               (address filed with court: Real Time Resolutions, Inc.,     1750 Regal Row Suite 120,
                 PO Box 36655,    Dallas Texas 75235)
12307796       +Villasin Gladys B,    50 S Josephine Ct,    Des Plaines, IL 60016-2800
12307795       +Villasin Philip A,    50 S Josephine Ct,    Des Plaines, IL 60016-2800
The following entities were noticed by electronic transmission on Sep 24, 2009.
12307802        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2009 22:43:45     Discover,   P.O. Box 3008,
                 New Albany, OH   43054
12675893       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2009 22:43:45
                 Discover Bank/DFS Services LLC,    POB 3025,    New Albany Ohio 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2009**                    **Signature:** _/s/ Joseph Speetjens_