**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  VILLASIN, PHILIP A | § Case No. 08-14687 |
| VILLASIN, GLADYS | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,620,143.00 | Assets Exempt: $42,805.00 |
| Total Distribution to Claimants: $6,276.69 | Claims Discharged Without Payment: $18,411.81 |
| Total Expenses of Administration: $5,750.06 | |

3) Total gross receipts of $ 12,026.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,026.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $215,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,965.06 | 5,750.06 | 5,750.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 63,523.03 | 24,688.50 | 6,276.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $280,488.09 | $30,438.56 | $12,026.75 |

4) This case was originally filed under Chapter 7 on June 07, 2008.
. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2010            By: /s/ALEX D. MOGLIA
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Audi A8 | 1129-000 | 12,000.00 |
| Interest Income | 1270-000 | 26.75 |
| **TOTAL GROSS RECEIPTS** | | **$12,026.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Evanston Insurance Company | 4110-000 | N/A | 215,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$215,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 1,952.24 | 1,952.24 | 1,952.24 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 0.00 | 3,785.00 | 3,785.00 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3220-000 | N/A | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | -1.61 | -1.61 | -1.61 |
| Chase Bank | 2810-000 | N/A | -1.61 | -1.61 | -1.61 |
| Chase Bank | 2810-000 | N/A | 1.61 | 1.61 | 1.61 |
| Chase Bank | 2810-000 | N/A | 1.61 | 1.61 | 1.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.82 | 12.82 | 12.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,965.06 | 5,750.06 | 5,750.06 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

Case 08-14687   Doc 59   Filed 03/24/10   Entered 03/24/10 16:16:35   Desc Main
              Document       Page 5 of 8

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 8,251.64 | 8,251.64 | 2,097.86 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 1,635.40 | 1,635.40 | 415.78 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,801.46 | 14,801.46 | 3,763.05 |
| Real Time Resolutions, Inc. | 7100-000 | N/A | 38,834.53 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 63,523.03 | 24,688.50 | 6,276.69 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-14687  
**Case Name:** VILLASIN, PHILIP A  
VILLASIN, GLADYS  
**Period Ending:** 03/23/10  

**Trustee:** (330260)    ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/07/08 (f)  
**§341(a) Meeting Date:** 07/02/08  
**Claims Bar Date:** 12/23/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 10121 Hartford, Apt. 1A , Schiller Park | 154,250.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 3432 W. Palmer, Chicago, IL 60647 | 358,333.00 | 7,333.00 | DA | 0.00 | 0.00 |
| 3 | 4117 N. Western, Chicago, IL 60618 | 576,350.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | 50 S. Josephine Ct., Des Plaines, IL 60016 | 520,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Cash on Hand | 180.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Checking Account with TCF Bank | 1,300.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Household goods and furnitures | 380.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Clothes | 150.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Jewelries | 250.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | 1996 Honda Civic | 1,950.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | 2001 Mitsubishi Montero | 7,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | 2004 Audi A8  (See Footnote) | 31,595.00 | 0.00 | | 12,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 26.75 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$1,651,738.00** | **$7,333.00** | | **$12,026.75** | **$0.00** |

RE PROP# 12    SALE OF THIS VEHICLE TO DEBTOR CONTEMPLATES AS FULLY CREDITED DEBTOR'S CLAIMED EXEMPTION IN THE
    SUBJECT VEHICLE IN THE TOTAL AMOUNT OF $6,400.00, PER OOC DATED 1-13-2009.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 31, 2009    **Current Projected Date Of Final Report (TFR):**    October 27, 2009  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 08-14687 | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|
| **Case Name:** | VILLASIN, PHILIP A | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | VILLASIN, GLADYS | **Account:** | ***-*****24-65 - Money Market Account |
| **Taxpayer ID #:** | 61-6364028 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/23/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/22/08 | {12} | VILLASIN, PHILIP | TURNOVER BY DEBTOR OF VEHICLE PROCEEDS | 1129-000 | 12,000.00 | | 12,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6200% | 1270-000 | 0.49 | | 12,000.49 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 5.75 | | 12,006.24 |
| 10/31/08 | | Chase Bank | Reverse charge | 2810-000 | | 1.61 | 12,004.63 |
| 11/06/08 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -1.61 | 12,006.24 |
| 11/06/08 | | Chase Bank | Back up fee | 2810-000 | | -1.61 | 12,007.85 |
| 11/06/08 | | Chase Bank | Reverse entry | 2810-000 | | 1.61 | 12,006.24 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 3.25 | | 12,009.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.51 | | 12,012.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.47 | | 12,013.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.37 | | 12,014.84 |
| 03/09/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #08-14687, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 12.82 | 12,002.02 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.57 | | 12,003.59 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.47 | | 12,005.06 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.42 | | 12,006.48 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.57 | | 12,008.05 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.52 | | 12,009.57 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.52 | | 12,011.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.47 | | 12,012.56 |
| 10/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.1500% | 1270-000 | 1.37 | | 12,013.93 |
| 10/29/09 | | To Account #*********2466 | Funds transferred for final distribution | 9999-000 | | 12,013.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,026.75 | 12,026.75 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,013.93 | |
| | | | **Subtotal** | | 12,026.75 | 12.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,026.75** | **$12.82** | |

{} Asset reference(s)    Printed: 03/23/2010 11:10 AM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-14687  
**Case Name:** VILLASIN, PHILIP A  
VILLASIN, GLADYS  
**Taxpayer ID #:** 61-6364028  
**Period Ending:** 03/23/10

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****24-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/09 | | From Account #********2465 | Funds transferred for final distribution | 9999-000 | 12,013.93 | | 12,013.93 |
| 10/29/09 | 101 | ALEX D. MOGLIA | Dividend paid 100.00% on $1,952.24, Trustee Compensation; Reference: | 2100-000 | | 1,952.24 | 10,061.69 |
| 10/29/09 | 102 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $3,785.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,785.00 | 6,276.69 |
| 10/29/09 | 103 | PYOD LLC its successors and assigns as assignee of Citibank | DIVIDEND ON ALLOWED CLAIM | 7100-000 | | 3,763.05 | 2,513.64 |
| 10/29/09 | 104 | Discover Bank/DFS Services LLC | Combined Check for Claims#1,2 | | | 2,513.64 | 0.00 |
| | | | Dividend paid 25.42%   2,097.86<br>on $8,251.64; Claim# 1;<br>Filed: $8,251.64 | 7100-000 | | | 0.00 |
| | | | Dividend paid 25.42%   415.78<br>on $1,635.40; Claim# 2;<br>Filed: $1,635.40 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,013.93 | 12,013.93 | $0.00 |
| | | | Less: Bank Transfers | | 12,013.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,013.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $12,013.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****24-65** | 12,026.75 | 12.82 | 0.00 |
| **Checking # ***-*****24-66** | 0.00 | 12,013.93 | 0.00 |
| | $12,026.75 | $12,026.75 | $0.00 |

{} Asset reference(s)

Printed: 03/23/2010 11:10 AM  V.11.54